

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

Nos. 04-23-00484-CR & 04-23-00485-CR

Martrais Louis **STRICKLAND**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2018-CR-4367 & 2018-CR-2012
Honorable Kristina Escalona, Judge Presiding

Opinion by:    Liza A. Rodriguez, Justice

Sitting:    Luz Elena D. Chapa, Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

Delivered and Filed: June 12, 2024

AFFIRMED; MOTIONS TO WITHDRAW GRANTED

On February 22, 2019, Martrais Louis Strickland pleaded nolo contendere to the offense of continuous family violence and was sentenced to six years in prison. His sentence was suspended, and he was placed on community supervision for six years. On the same day, Strickland pleaded nolo contendere to the offense of evading arrest with a vehicle and was sentenced to six years in prison. Again, his sentenced was suspended, and he was placed on community supervision for six years. Thereafter, the State filed motions to revoke and supplemental motions to revoke in each case. At a hearing, Strickland pleaded "true" to allegations that he had failed to report to his community supervision officer for specific months in 2021, 2022, and 2023. The trial court

revoked Strickland's community supervision in each case, sentenced him to five years in prison for each offense, and ordered the sentences to run concurrently. Strickland appealed.

In each appeal, Strickland's court-appointed appellate counsel filed a brief and a motion to withdraw in accordance with *Anders v. California*, 386 U.S. 738 (1967). With citations to the record and legal authority, counsel's briefs explain why no arguable points of error exist for review and conclude that these appeals are frivolous and without merit. *See id*. at 744-45; *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). Counsel's briefs satisfy the requirements of *Anders*. *See* 386 U.S. at 744-45; *High*, 573 S.W.2d at 812-13. Strickland was provided with copies of the *Anders* briefs and was informed of his right to review the records and file his own briefs. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014). Additionally, counsel advised Strickland that if he wished to review the records, he needed to file motions in this court. Counsel provided Strickland with form motions for this purpose. *See id*. However, Strickland never requested the records or filed his own briefs.

We have reviewed counsel's *Anders* briefs and the appellate records. We agree with counsel that these appeals are frivolous and without merit. Accordingly, we affirm the trial court's judgments and grant counsel's motions to withdraw.[1] *See Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

Liza A. Rodriguez, Justice

DO NOT PUBLISH

---

[1]No substitute counsel will be appointed. If Strickland would like to seek review by the Texas Court of Criminal Appeals, he must either retain an attorney to file a petition for discretionary review or file a pro se petition for discretionary review. Any petition for discretionary review must be filed within thirty days from the later of (1) the date of this opinion; or (2) the date the last timely motion for rehearing is overruled by this court. *See* Tex. R. App. P. 68.2. Any petition for discretionary review must be filed with the clerk of the Texas Court of Criminal Appeals. *See* Tex. R. App. P. 68.3. Any petition for discretionary review should comply with the requirements of Texas Rule of Appellate Procedure 68.4. *See* Tex. R. App. P. 68.4.